## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ABDOURAHMAN JABBI,

        Plaintiff,

    v.

CITY OF CLINTON COUNTY and
ANGELA HOOVER,

        Defendants.

No. 4:21-CV-01818

(Chief Judge Brann)

## ORDER

**AND NOW**, this 18th day of February 2022, in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED** that:

1.  Plaintiff's application (Doc. 6) to proceed *in forma pauperis* is **GRANTED**.

2.  Plaintiff's complaint, Doc. 1, is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

3.  Plaintiff shall have until March 11, 2022, to file an amended complaint.

4.  If no amended complaint is filed within the above-mentioned timeframe, the Court will close this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge